### Otto Heinrichsdorf v. Keppler Brothers Co.

**Action on Injunction and Appeal Bonds Improperly Joined.**
A cause of action upon a bond given in injunction and another upon an appeal bond is given in the same suit with different sureties do not affect all the parties within the provisions of R. S. 5059 (G. C. 11306) and are not properly joined.

*A. H. Bode,* for plaintiff in error.

*Victor Abraham, Paxton & Warrington* and *Theo. Kemper,* for defendant in error.

Per Curiam.

Under Subd. 3, Sec. 5058 R. S., the plaintiff may unite several causes of action upon contracts in the same petition, but under R. S. 5059, they must affect all the parties to the action.

A cause of action upon a bond given in an injunction suit and a cause of action upon an appeal bond given in the same case with different sureties in each, do not affect all the parties to the action, and hence are improperly joined.

Judgment affirmed.